# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY M. BOWER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ADMINISTRATIVE SERVICE CO., LLC and AFFORDABLE AUTO PROTECTION, LLC,<br><br>Defendants. | CIVIL NO. 4:21-cv-00998-MWB |

## O R D E R

**AND NOW,** this _____ day of _____, 2021, upon consideration of the Motion of Defendants, National Administrative Service Co., LLC and Affordable Auto Protection, LLC, to Dismiss Plaintiff, Jeffrey M. Bower's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), it is hereby

## ORDERED

that the Motion is **GRANTED** and that the Complaint is **DISMISSED** with prejudice.

**BY THE COURT:**

_____
MATTHEW W. BRANN, J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY M. BOWER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ADMINISTRATIVE SERVICE CO., LLC and AFFORDABLE AUTO PROTECTION, LLC,<br><br>Defendants. | CIVIL NO. 4:21-cv-00998-MWB |

**MOTION OF DEFENDANTS, NATIONAL ADMINISTRATIVE SERVICE CO., LLC AND AFFORDABLE AUTO PROTECTION, LLC, TO DISMISS PLAINTIFF, JEFFREY M. BOWER'S <u>COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)</u>**

Defendants, National Administrative Service Co., LLC and Affordable Auto Protection, LLC, through their attorneys, O'Hagan Meyer, PLLC, hereby moves this Honorable Court to dismiss the Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted for the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

        Respectfully Submitted,

        **O'HAGAN MEYER, PLLC**

BY:  */s/Christopher C. Negrete*
      JOHN P. MORGENSTERN
      CHRISTOPHER C. NEGRETE
      PA Identification Nos. 80014 / 86152
      1600 Market Street, East Tower
      12th Floor
      Philadelphia, PA 19102
      Phone: (215) 461-3300
      Fax:   (215) 461-3311
      Email: jmorgenstern@ohaganmeyer.com
            cnegrete@ohaganmeyer.com
      *Attorneys for Defendants,*
      *National Administrative Service Co., LLC*
      *and Affordable Auto Protection, LLC*

Dated: June 7, 2021

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY M. BOWER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ADMINISTRATIVE SERVICE CO., LLC and AFFORDABLE AUTO PROTECTION, LLC,<br><br>Defendants. | CIVIL NO. 4:21-cv-00998-MWB |

## **CERTIFICATE OF NON-CONCURRENCE**

I, Christopher C. Negrete, Esquire, hereby certify that I contacted Jeremy C. Jackson, Esquire, counsel for Plaintiff, Jeffrey M. Bower, to inquire whether Plaintiff concurred with the Motion to Dismiss of Defendants, National Administrative Service Co., LLC and Affordable Auto Protection, LLC. While the undersigned has not yet heard back from Mr. Jackson, due to the nature of the Motion at issue, it is presumed that Plaintiff does not concur in the Motion.

**O'HAGAN MEYER, PLLC**

BY:    */s/Christopher C. Negrete*
        JOHN P. MORGENSTERN
        CHRISTOPHER C. NEGRETE
        PA Identification Nos. 80014 / 86152
        1600 Market Street, East Tower
        12th Floor
        Philadelphia, PA 19102
        Phone: (215) 461-3300
        Fax:    (215) 461-3311
        Email: jmorgenstern@ohaganmeyer.com
               cnegrete@ohaganmeyer.com
        *Attorneys for Defendants,*
        *National Administrative Service Co., LLC and Affordable Auto Protection, LLC*

Dated: June 7, 2021

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY M. BOWER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ADMINISTRATIVE SERVICE CO., LLC and AFFORDABLE AUTO PROTECTION, LLC,<br><br>Defendants. | CIVIL NO. 4:21-cv-00998-MWB |

## **CERTIFICATE OF SERVICE**

I, Christopher C. Negrete, hereby certify that on the date set forth below, I did cause a true and correct copy of the foregoing Motion to Dismiss to be filed with the Court's ECF/PACER Electronic filing system, where it was available for immediate viewing and download by all counsel of record.

*/s/ Christopher C. Negrete*
Christopher C. Negrete

Date:  June 7, 2021