**AAP**
1300 Old Congress Road
West Palm Beach, FL 33409
888-678-0697

---

Jeffrey Bower
Po Box 595
Lemont, PA 16851-0595

Congratulations! Your valuable mechanical breakdown protection is detailed in the enclosed contract booklet. Please look it over and call with any questions you may have. Thank you for your purchase; we look forward to servicing your protection needs. Please call us for a quote on any other vehicle in your household. Vehicles under 150,000 miles may qualify for additional coverages, and multi-vehicle discounts are available.

Be sure to familiarize yourself with the coverage, maintenance requirements, and procedures in the event of a mechanical breakdown. Proper maintenance of your vehicle will contribute to a trouble free driving experience. You should follow your vehicle manufacturer's recommended maintenance for your driving habits.

We encourage you to store your new service agreement in your vehicle. This document contains important numbers needed in the event of a breakdown.

Welcome to our family of vehicle owners that have the peace of mind and financial security of mechanical breakdown protection.

**THANK YOU AGAIN!**

*Tiffany Mead*
Protection Specialist

**IMPORTANT CONTACT NUMBERS:**

Claims: 877-356-1500

Roadside: 866-994-4667

Exhibit "A"

WSTD01

---

**Enhanced Powertrain Coverage**

# VEHICLE SERVICE CONTRACT APPLICATION

Service Contract Number: **DAE1005095**

### PURCHASER INFORMATION

| Last Name: | First Name: | Middle Initial: | Telephone: |
|---|---|---|---|
| Bower | Jeffrey | | 814- -0683 |

| Spouse Name: | Email Address: |
|---|---|
| | |

| Street Address: | City: | State: | Zip Code: |
|---|---|---|---|
| Po Box 595 | Lemont | PA | 16851-0595 |

### SELLER INFORMATION

| Seller Name: | Seller Number: |
|---|---|
| AAP | |

| Street Address: | Telephone: |
|---|---|
| 1300 Old Congress Road | 888-678-0697 |

| City: | State: | Zip Code: |
|---|---|---|
| West Palm Beach | FL | 33409 |

### LIENHOLDER INFORMATION

Lienholder Name:
Mepco INSTALLMENT AGREEMENT

### VEHICLE INFORMATION

| Year: | Make: | Model: |
|---|---|---|
| 2014 | SUBARU | FORESTER |

Vehicle Identification Number:

| Current Odometer: | Vehicle Purchase Price: |
|---|---|
| 65,090 | N/A |

Vehicle Purchase Date:
N/A

### COVERAGE INFORMATION

| Service Contract Purchase Date: | Service Contract Purchase Price: | Deductible: |
|---|---|---|
| 01/06/2021 | $3650.00 | $ 100 |

| Total Months: | Total Miles: | Expiration Date: | Expiration Mileage: |
|---|---|---|---|
| 60 | 100,000 | 02/04/2026 | 165,090 |

Optional Surcharge Coverage:
Drive Axle  AC  Elec  Fuel  Seals & Gaskets

Mandatory Surcharges::
4WD

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION. CLAIMS: (877) 356-1500**

ABIC/Car Guard Select/01 04/2017      1

## DECLARATION SECTION

The **Purchaser** understands and acknowledges that:

1. The **Purchaser** has reviewed and understands the **Service Contract** and will abide by the terms of the **Service Contract**.
2. This is an application for a **Service Contract** between the **Purchaser** and the **Provider**, National Administrative Service Co. LLC, located at 5500 Frantz Road, Suite 120, Dublin, Ohio 43017, (877) 356-1500. (Arizona, Louisiana, Nevada, New Mexico, New York, Virginia and Washington Residents: The **Provider** is Autoguard Advantage Corporation, 5500 Frantz Road, Suite 120, Dublin, Ohio 43017, (866) 994-7063.)
3. This **Application** must be received by the **Administrator**, National Administrative Service Co. LLC, 5500 Frantz Road, Suite 120, Dublin, OH 43017, (800) 356-1500 from the **Seller**, verified and accepted by the **Administrator** for **Vehicle** eligibility. (Arizona, Louisiana, Nevada, New Mexico, New York, Virginia and Washington Residents: The **Administrator** is Dimension Service Corporation, 5500 Frantz Road, Suite 100, Dublin, Ohio 43017, (866) 994-7063.)
4. This **Application** will be attached to and become part of the **Service Contract**.
5. The **Purchaser** confirms that the information contained in this **Application** is accurate and complete to the best of their knowledge and belief.
6. Performance to the **Purchaser** under this **Service Contract** is guaranteed by an authorized insurance company. The **Service Contract Purchaser** may file a **Claim** with the insurance company if any promise made in the **Service Contract** has been denied or has not been honored within sixty (60) days from the date proof of loss was filed. The name and address of the insurance company is: American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, (866) 306-6694.
7. PURCHASE OF THIS SERVICE CONTRACT IS NOT REQUIRED IN ORDER TO PURCHASE A VEHICLE OR OBTAIN VEHICLE FINANCING.
8. This **Service Contract** contains an arbitration provision which may affect **Your** legal rights. Please review the arbitration section in its entirety to determine whether **Your** legal rights are affected.

## DEFINITIONS

Throughout this **Service Contract** certain words and phrases are used that have special meanings. These terms appear in **boldface type**. Their meanings are listed below:

**Actual Cash Value (ACV)** – Means the National Auto Dealers Association (NADA) published average wholesale value of **Your Vehicle** immediately prior to **Breakdown** taking age, condition, and mileage into consideration.

**Administrator** – Means the company that provides administrative services for this **Service Contract**: National Administrative Service Co., LLC, 5500 Frantz Road, Suite 120, Dublin, OH 43017, (866) 356-1500. (Arizona, New Mexico, New York, Virginia and Washington Residents: The **Administrator** is Dimension Service Corporation, 5500 Frantz Road, Suite 120, Dublin, OH 43017, (866) 994-7063.)

**Application** – Means the document, which must be attached to and forms part of this **Service Contract**. It lists information regarding **You**, **Your Vehicle**, **Coverage Selected** and other vital information.

**Breakdown** – Means the inability or failure of a **Covered Part** to perform the function for which it was intended by the manufacturer as a result of the normal use of **Your Vehicle**.

**Claim(s)** – Means a request made by **You** for benefits under this **Service Contract**.

**Coverage, Coverage Selected** – Means the protection **You** have selected, as shown in the Coverage Information section of the **Application**.

**Covered Part(s)** – Refers to the mechanical or electrical components described under **Section II. SCHEDULE OF COVERAGE**, as contained in this **Service Contract** which are original parts on **Your Vehicle** at the time of its purchase by **You** or like replacement parts meeting the manufacturer's specifications.

**Deductible** – Means the amount **You** are required to pay, as shown in the Coverage Information section of the **Application**, per repair for covered **Breakdowns**.

**Licensed Repair Facility** – Refers to the entity that is, has, or will be performing repairs to **Your Vehicle**. Such facility must be licensed and/or approved by the state to perform automotive repairs, must have a tax identification number where required, and be capable of performing the needed repairs to **Your Vehicle**.

**Lienholder** – Means the party responsible for collecting payments on **Your Service Contract**, as identified in the Lienholder Information section of the **Application** and the separate payment plan agreement **You** entered at the time of **Service Contract** purchase.

**Manufacturer's Warranty** – Means the warranty provided at no additional cost to **You** by the **Vehicle's** manufacturer.

**Odometer Reading at Purchase Date** – Means the original mileage on **Your Vehicle's** odometer on the **Service Contract Purchase Date** as shown in the Coverage Information section of the **Application**.

**Reasonable Cost** – Means the repair costs that are recognized locally and/or nationally for a similar repair. **We** may use published parts and labor guides to establish **Our** costs. The **Administrator** reserves the right to determine recognized labor manuals. The maximum hourly labor rate that **We** will pay shall not exceed what is usual and customary where **Your Vehicle's Breakdown** occurred.

**Seller** – Means the entity who sold **You** this **Service Contract** as identified in the Seller Information section of the **Application**.