Citi® Double Cash Card-3636

## Transaction Details

| Date | Description | | Amount |
|---|---|---|---|
| Jan 06, 2021 | AAP 8009418430 FL | | $150.00 |
| | Additional Details | | |
| | Purchased On | Jan 06, 2021 | |
| | Posted On | Jan 06, 2021 | |
| | Category | Services - Insurance-sales / Underwriting | |
| | Merchant Details | United States | |

# Exhibit  "B"