IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY M. BOWER,<br><br>       Plaintiff,<br><br>       v.<br><br>NATIONAL ADMINISTRATIVE SERVICE CO., LLC and PELICAN INVESTMENT HOLDINGS GROUP, LLC d/b/a AAP,<br><br>       Defendants. | No. 4:21-CV-00998<br><br>(Chief Judge Brann) |

## ORDER

**MARCH 17, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants Pelican Investment Holdings Group, LLC d/b/a AAP and National Administrative Service Co., LLC's motion to dismiss (Doc. 15) Plaintiff Jeffrey M. Bower's First Amended Complaint (Doc. 12) is **DENIED**.

2. Defendants shall file an answer to Plaintiff's First Amended Complaint (Doc. 12) within 21 days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge